GEORGIA RAILROAD AND BANKING COMPANY *v.* IVEY.

SIMMONS, C. J. The evidence was conflicting on material points, and that offered in behalf of the plaintiff was believed by the jury. There is no complaint that the issues involved were not fairly submitted to them. The verdict was approved by the trial judge, and this court will not control his discretion in refusing a new trial.

*Judgment affirmed. All the Justices concurring.*

Argued May 20, — Decided July 20, 1899.

Action for damages. Before Judge Lumpkin. Fulton superior court. September term, 1898.

*Joseph B. & Bryan Cumming* and *Sanders McDaniel*, for plaintiff in error. *C. T. Ladson* and *J. T. Pendleton*, contra.

---

CRAPP *et al. v.* MORRIS, and *vice versa.*

FISH, J. 1. The fact that a magistrate answered a writ of certiorari amounts to a waiver of the service of the writ and petition upon him as required by section 4643 of the Civil Code.

2. Sustaining a certiorari for the first time, upon questions of fact, and sending the case back for a new hearing in the magistrate's court, is equivalent to the first grant of a new trial, which will not be disturbed by this court, unless the plaintiff in error shows that the judge abused his discretion, and that the law and the facts required the verdict notwithstanding the judgment of the presiding judge.

3. Where statements of fact in a bill of exceptions are qualified by an interlineation therein, made by the judge, to the effect that these statements are mere contentions of counsel and "are only certified as such," this court can not deal with the matters thus brought to its attention. It is essential to this end that such statements should be verified as setting forth the truth of what actually occurred.

*Judgment on main bill of exceptions affirmed; cross-bill of exceptions dismissed. All the Justices concurring.*

Argued May 23, — Decided July 20, 1899.

Certiorari. Before Judge Lumpkin. Fulton superior court. September term, 1898.

*Daley & Hall,* for Crapp *et al.*
*E. M. & G. F. Mitchell,* contra.